UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ACE AMERICAN INSURANCE COMPANY,<br><br>Petitioner,<br><br>-against-<br><br>UNIVERSITY OF GHANA,<br><br>Respondent. | Case No. 1:21-cv-06472<br><br>[PROPOSED] SEALING ORDER |

Upon consideration of Petitioner's Notice of Motion for Leave to File Under Seal and Memorandum of Law in Support of Petitioner's Notice of Motion for Leave to File Under Seal, it is hereby:

ORDERED that the following documents shall be filed and placed under seal:

1. Exhibit A to the Bennett Declaration, a true and correct copy of the Expert Determination, which was rendered by Mr. Nicholas Vineall QC in favor of CPA 18 Integras GH Investor Limited on August 1, 2018;

2. Exhibit C to the Bennett Declaration, a true and correct copy of the Second Amended and Restated Concession Agreement, dated September 15, 2015;

3. Exhibit D to the Bennett Declaration, a true and correct copy of the First Amendment to the Second Amended and Restated Concession Agreement, dated December 31, 2015; and

4. Exhibit E to the Bennet Declaration, a true and correct copy of the Second Amendment to the Second Amended and Restated Concession Agreement, dated February 10-11, 2016.

Dated: August 3, 2021

_____
United States District Court Judge