**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ACE AMERICAN INSURANCE COMPANY,

                            Plaintiff,

              -against-                                      21 **CIVIL** 6472 (NRB)

                                                   **<u>JUDGMENT</u>**

UNIVERSITY OF GHANA,

                            Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum and Order dated August 15, 2022, Respondent's motion to dismiss the Petition for lack of personal jurisdiction is granted; accordingly, the case is closed.

**Dated:**  New York, New York

        August 16, 2022

                                                  **RUBY J. KRAJICK**
                                              _____
                                                   **Clerk of Court**
**BY:**                 *K. Mango*
                                              _____
                                                   **Deputy Clerk**